■ In the Matter of EDWARD M., Appellant, v STEPHANIE DENEICE M., Respondent. [6 NYS3d 479]—Appeal from order, Family Court, Bronx County (Sue Levy, Ref.), entered on or about April 11, 2014, which, inter alia, dismissed petitioner father's petition for visitation with the subject child, unanimously dismissed, without costs, as moot.

The appeal is dismissed as moot because the child is now over the age of 18 (*see Wibrowski v Wibrowski*, 256 AD2d 172 [1st Dept 1998]; *Matter of Hershko v Hershko*, 103 AD3d 635 [2d Dept 2013], *lv denied* 21 NY3d 854 [2013]). Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY MANLEY, Appellant. [6 NYS3d 480]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Weinberg, J.), rendered on or about January 30, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Clark, JJ.